FILED
JAN 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number

CV 08 0743

E-filing

JF

CERTIFICATION OF FUNDS

IN

PRISONER'S ACCOUNT

(PR)

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Theopric Kent Bloodsaw  P20045</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $1.50 and the average balance in the prisoner's account each month for the most recent 6-month period was $1.50.     (20%= $0.30)

Dated: 1/18/08

_____
Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 01-18-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
REPORT ID: TS3030  .701                                          REPORT DATE: 01/18/08
                                                                 PAGE NO:         1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                            PELICAN BAY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 18, 2008

ACCOUNT NUMBER : P20045                        BED/CELL NUMBER: ASUE0000000001L
ACCOUNT NAME   : BLOODSAW, THEOPRIC KENT       ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                                   TRUST ACCOUNT ACTIVITY
          TRAN
DATE      CODE   DESCRIPTION     COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----     ----   -----------     -------    ---------   --------   -----------   -------
07/01/2007       BEGINNING BALANCE                                                  0.00
08/09*DD30 CASH DEPOSIT       0699 #027                   9.00                      9.00
08/13*W215 FEDERAL FILIN      0731 8/09                              1.80           7.20
08/13 W512 LEGAL POSTAGE      0730                                   2.67           4.53
08/13 W512 LEGAL POSTAGE      0730                                   1.82           2.71
08/13 W512 LEGAL POSTAGE      0730                                   0.58           2.13
08/14 W513 MISC. CHARGES      0768                                   2.13           0.00
   ACTIVITY FOR 2008
01/14*DD30 CASH DEPOSIT       2981 #138                   5.85                      5.85
01/15 W516 LEGAL COPY CH      3013                                   1.90           3.95
01/17 W512 LEGAL POSTAGE      3049                                   0.20           3.75
01/17 W512 LEGAL POSTAGE      3049                                   1.31           2.44

                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/13/02                       CASE NUMBER: YA053506
COUNTY CODE: LA                                FINE AMOUNT: $     250.00

   DATE       TRANS.   DESCRIPTION                     TRANS. AMT.    BALANCE
  ------      ------   -----------                     -----------    -------
07/01/2007            BEGINNING BALANCE                                250.00
08/09/07    DR30      REST DED-CASH DEPOSIT             10.00-         240.00
01/14/08    DR30      REST DED-CASH DEPOSIT              6.50-         233.50

      * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
      * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                              TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL        TOTAL         CURRENT      HOLDS         TRANSACTIONS
 BALANCE      DEPOSITS    WITHDRAWALS     BALANCE     BALANCE        TO BE POSTED
---------     --------    -----------    --------    --------        ------------
   0.00        14.85         12.41          2.44        0.00             0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 01-18-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
-----------
   2.44