**FILED**

FEB 1 2 2008


CLERK, ... COURT
NORTHERN ... CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BloodsAW Theopric
     Plaintiff,
et al.

vs.

Woodford J.S.
Robertson J.
Browman J.
Walch S.
     Defendant.

CASE NO. C08-0743-JF

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, BloodsAW T., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _In the year of 2000 at San Quentin Sta-_
5  _te Prison I had no pay number_
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9    a.   Business, Profession or            Yes ___ No ___
10         self employment
11   b.   Income from stocks, bonds,         Yes ✓ No ___
12        or royalties?
13   c.   Rent payments?                     Yes ___ No ___
14   d.   Pensions, annuities, or            Yes ___ No ___
15        life insurance payments?
16   e.   Federal or State welfare payments, Yes ___ No ___
17        Social Security or other govern-
18        ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _$13.00 from my Aunt on 1-14-08 Serial_
22  _No. 200479669335_
23  3.   Are you married?                    Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support: $ _N/A_

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?         Yes ____  No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?                    Yes ____  No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account?  Yes ____ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s):  $ _____
17 Do you own any cash?  Yes ____  No ✓  Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)   Yes ____  No ✓
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ *N/A* _____ Utilities: *N/A* _____
23 Food: $ *N/A* _____ Clothing: *N/A* _____
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 _____          $ _____         $ _____
27 _____          $ _____         $ _____
28 _____          $ _____         $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_N/A_

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_CV-00752-JF-550, C-07-4200-JF-550,_

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_1-17-08_                    _T. Bloodsaw_
DATE                          SIGNATURE OF APPLICANT

1
2                                                         Case Number: _____
3
4
5
6
7
8                                       **CERTIFICATE OF FUNDS**
9                                                   **IN**
10                                      **PRISONER'S ACCOUNT**
11

12    I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of _____ for the last six months
                                              [prisoner name]
14 _____ where (s)he is confined.
          [name of institution]
15    I further certify that the average deposits each month to this prisoner's account for the
16 most recent 6-month period were $ _____ and the average balance in the prisoner's
17 account each month for the most recent 6-month period was $_____.
18
19 Dated:_____                    _____
20                                             [Authorized officer of the institution]
21
22
23
24
25
26
27
28

Case Number: _____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Theopric Kent Bloodsaw  P20045</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>1.50</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>1.50</u>.     (20%= $0.30)

Dated: 1/28/08

_____
Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 01-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
REPORT ID: TS3030  .701                                         REPORT DATE: 01/25/08
                                                                PAGE NO:           1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              PELICAN BAY STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 25, 2008

ACCOUNT NUMBER : P20045                      BED/CELL NUMBER: ASUE0000000001L
ACCOUNT NAME   : BLOODSAW, THEOPRIC KENT     ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                                 TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE   DESCRIPTION      COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----   ----   -----------      -------    ---------   --------   -----------   -------

07/01/2007     BEGINNING BALANCE                                                   0.00
08/09*DD30  CASH DEPOSIT      0699 #027                 9.00                       9.00
08/13*W215  FEDERAL FILIN     0731 8/09                              1.80          7.20
08/13 W512  LEGAL POSTAGE     0730                                   2.67          4.53
08/13 W512  LEGAL POSTAGE     0730                                   1.82          2.71
08/13 W512  LEGAL POSTAGE     0730                                   0.58          2.13
08/14 W513  MISC. CHARGES     0768                                   2.13          0.00
       ACTIVITY FOR 2008
01/14*DD30  CASH DEPOSIT      2981 #138                 5.85                       5.85
01/15 W516  LEGAL COPY CH     3013                                   1.90          3.95
01/17 W512  LEGAL POSTAGE     3049                                   0.20          3.75
01/17 W512  LEGAL POSTAGE     3049                                   1.31          2.44
01/22 W513  MISC. CHARGES     3121                                   0.20          2.24


                              CURRENT HOLDS IN EFFECT
  DATE        HOLD
 PLACED       CODE     DESCRIPTION                    COMMENT        HOLD AMOUNT
 ------       ----     -----------                    -------        -----------
01/22/2008    H118    LEGAL COPIES HOLD               3125                 9.00
01/22/2008    H118    LEGAL COPIES HOLD               3125                 2.90
01/22/2008    H118    LEGAL COPIES HOLD               3125                10.70


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/13/02                     CASE NUMBER: YA053506
COUNTY CODE: LA                              FINE AMOUNT: $    250.00

 DATE         TRANS.    DESCRIPTION                  TRANS. AMT.    BALANCE
 ----         ------    -----------                  -----------    -------

07/01/2007    BEGINNING BALANCE                                      250.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 01-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

```
REPORT ID: TS3030  .701                                         REPORT DATE: 01/25/08
                                                                PAGE NO:        2
                          PELICAN BAY STATE PRISON
                         INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 25, 2008

ACCT: P20045        ACCT NAME: BLOODSAW, THEOPRIC KENT        ACCT TYPE: I

                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/13/02                        CASE NUMBER: YA053506
COUNTY CODE: LA                                 FINE AMOUNT: $     250.00

  DATE       TRANS.    DESCRIPTION              TRANS. AMT.      BALANCE
  ------     ------    -----------              -----------      -------
 08/09/07    DR30      REST DED-CASH DEPOSIT       10.00-         240.00
 01/14/08    DR30      REST DED-CASH DEPOSIT        6.50-         233.50

      * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
      * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                            TRUST ACCOUNT SUMMARY

 BEGINNING     TOTAL       TOTAL       CURRENT     HOLDS        TRANSACTIONS
 BALANCE       DEPOSITS    WITHDRAWALS BALANCE     BALANCE      TO BE POSTED
 ---------     --------    ----------- -------     -------      ------------
    0.00       14.85       12.61        2.24       22.60            0.00
```

                                                            CURRENT
                                                            AVAILABLE
                                                            BALANCE
                                                            ---------
                                                              20.36-

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 01-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

To the U.S. District Court Clerk this IFP is late because of the misleading conduct of staff the 6 month certified trust account statement was suppose to be with the Civil Rights Complaint I am harassed daily by both staff and inmates thanks for understanding despose of

Thanks
Bloodsaw Theopric K.

