PELICAN BAY
ASU

FILED

8 MAR -7 PM 12: 41

[signature]

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Bloodsaw Theopric
                Plaintiff,
        et al.
vs.
Woodford J.S.
Robertson J.
Browman J.
Walch S.
                Defendant.

CV 08     0743

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

JF

(PR)

I, Bloodsaw T., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 1 -

PELICAN BA<br>
ASU

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _In the year of 2000 at San Quentin State_
5  _Prison I had no pay number. Prior to_
6  _that I was disable and homeless (ADA)._
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a.  Business, Profession or              Yes ___ No ✓
10      self employment
11  b.  Income from stocks, bonds,           Yes ✓ No ___
12      or royalties?
13  c.  Rent payments?                       Yes ___ No ✓
14  d.  Pensions, annuities, or              Yes ___ No ✓
15      life insurance payments?
16  e.  Federal or State welfare payments,   Yes ___ No ✓
17      Social Security or other govern-
18      ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _$13.00 from my Aunt on 1-14-08 Serial No._
22  _200479669335_
23  3.  Are you married?                     Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.  a.  List amount you contribute to your spouse's support:$ _N/A_

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 2 -

PELICAN BAY
ASU

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A
_____

5. Do you own or are you buying a home?    Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $_____

Do you own any cash? Yes ___ No ✓ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

_____

8. What are your monthly expenses?

Rent: $ N/A      Utilities: N/A

Food: $ N/A      Clothing: N/A

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 3 -

PELICAN BAY ASU

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

CV-00752-JF-550, C-07-4200-JF-550, CV-00648-JF-550,

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2-26-08                T. Bloodsaw
DATE                   SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 4 -

PELICAN BAY ASU

Case Number: _____

1
2
3
4
5
6
7

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated: _____                    _____
                                     [Authorized officer of the institution]

Case Number: _____

## CERTIFICATION OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Theopric Kent Bloodsaw  P20045</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>2.48</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>2.48</u>.    (20%= $0.50)

Dated: 2/28/08                                    _____
                                                  Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
    TRUST OFFICE

```
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                           PELICAN BAY STATE PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 27, 2008

ACCOUNT NUMBER : P20045                         BED/CELL NUMBER: ASUE0000000001L
ACCOUNT NAME   : BLOODSAW, THEOPRIC KENT        ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                                 TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION     COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----   ----  -----------     -------   ---------  --------   -----------   -------

08/01/2007    BEGINNING BALANCE                                                0.00

08/09*DD30 CASH DEPOSIT    0699 #027               9.00                        9.00
08/13*W215 FEDERAL FILIN   0731 8/09                          1.80             7.20
08/13 W512 LEGAL POSTAGE   0730                               2.67             4.53
08/13 W512 LEGAL POSTAGE   0730                               1.82             2.71
08/13 W512 LEGAL POSTAGE   0730                               0.58             2.13
08/14 W513 MISC. CHARGES   0768                               2.13             0.00
      ACTIVITY FOR 2008
01/14*DD30 CASH DEPOSIT    2981 #138               5.85                        5.85
01/15 W516 LEGAL COPY CH   3013                               1.90             3.95
01/17 W512 LEGAL POSTAGE   3049                               0.20             3.75
01/17 W512 LEGAL POSTAGE   3049                               1.31             2.44
01/22 W513 MISC. CHARGES   3121                               0.20             2.24
01/31 W919 REVERSE LEGAL   3295/3049                          1.27-            3.51
01/31 W215 FEDERAL FILIN   3295 1/14                          1.17             2.34
01/31 W212 FEDERAL FILIN   3295 1/14                          1.17             1.17
01/31 W212 FEDERAL FILIN   3295 1/14                          1.17             0.00


                            CURRENT HOLDS IN EFFECT
    DATE        HOLD
   PLACED       CODE       DESCRIPTION              COMMENT        HOLD AMOUNT
   ------       ----       -----------              -------        -----------

 02/05/2008     H116   FEDERAL FILING FEE HOLD      3408 INI           0.30


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/13/02                        CASE NUMBER: YA053506
COUNTY CODE: LA                                 FINE AMOUNT: $    250.00

   DATE       TRANS.   DESCRIPTION                 TRANS. AMT.      BALANCE
   ----       ------   -----------                 -----------      -------

 08/01/2007   BEGINNING BALANCE                                      250.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  J Kloppin    pg 1 of 2
    TRUST OFFICE

```
                               PELICAN BAY STATE PRISON
                             INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 27, 2008

ACCT: P20045        ACCT NAME: BLOODSAW, THEOPRIC KENT        ACCT TYPE: I


                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/13/02                         CASE NUMBER: YA053506
COUNTY CODE: LA                                  FINE AMOUNT: $     250.00

   DATE       TRANS.    DESCRIPTION                     TRANS. AMT.      BALANCE
 --------    -------    --------------------------      -----------    -----------
 08/09/07    DR30       REST DED-CASH DEPOSIT                 10.00-       240.00
 01/14/08    DR30       REST DED-CASH DEPOSIT                  6.50-       233.50

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                              TRUST ACCOUNT SUMMARY

 BEGINNING        TOTAL          TOTAL         CURRENT         HOLDS       TRANSACTIONS
  BALANCE        DEPOSITS      WITHDRAWALS     BALANCE        BALANCE      TO BE POSTED
 ----------    ------------   ------------   ------------   ------------   ------------
     0.00          14.85          14.85           0.00           0.30           0.00
 ----------    ------------   ------------   ------------   ------------   ------------
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ pg 2 of 2
TRUST OFFICE

                                                             CURRENT
                                                            AVAILABLE
                                                             BALANCE
                                                           ------------
                                                                 0.30-
                                                           ------------

CDC NO: P20045  HOUSING: D54[?]
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

United States Dist[rict]
Northern District o[f]
ATTN: Clerk