NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEOPRIC K. BLOODSAW,<br><br>   Plaintiff,<br><br> vs.<br><br>J. S. WOODFORD, et al.,<br><br>   Defendant(s). | No. C 08-00743 JF (PR)<br><br>JUDGMENT |

For the reasons stated on the order of dismissal, this case is DISMISSED for failure to state a claim upon which relief may be granted. 28 U.S.C. § 1915A. Judgment is entered accordingly.

IT IS SO ORDERED.

DATED: 6/23/08

JEREMY FOGEL
United States District Judge

Judgment
P:\PRO-SE\SJ.JF\CR.08\Bloodsaw743_judgment.wpd